UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RYAN T. CARLETON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00253-JAW |
| | ) |
| PISCATAQUIS COUNTY JAIL, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision issued August 16, 2023 (ECF No. 6), and after a de novo review by this Court, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that Plaintiff's alleged potential claims in his Complaint (ECF No. 1) are dismissed against all defendants except his excessive force claim against Officer Wintle and his deliberate indifference claim against Sergeant Millard.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of September, 2023