UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

RYAN T. CARLETON,               )
                                )
        Plaintiff,              )
                                )
        v.                      )        No. 1:23-cv-00253-JAW
                                )
PISCATAQUIS COUNTY JAIL, et al. )
                                )
        Defendants.             )

**ORDER AFFIRMING RECOMMENDED DECISION**

On June 22, 2023, Ryan T. Carleton, an inmate at the Piscataquis County Jail (PCJ), filed a lawsuit against the PCJ, the Maine Correctional Center, the Maine State Prison, the Maine Department of Corrections, and various unnamed corrections officers, alleging that he had been the subject of police brutality, complaining about the conditions of his confinement, asserting malpractice against a doctor, and alleging that he had been the subject of a wrongful prosecution and conviction. *Compl.* (ECF No. 1). On August 16, 2023, the magistrate judge recommended the dismissal of all claims, except the excessive force claims against Officer Wintle and the deliberate indifference claim against Sergeant Millard. *Recommended Decision after Review of Pl.'s Compl.* (ECF No. 6). On September 8, 2023, the Court affirmed the recommended decision and dismissed claims against all defendants except Officer Wintle and Sergeant Millard. *Order Affirming the Recommended Decision of the Magistrate Judge* (ECF No. 9). On May 30, 2024, the Court dismissed without prejudice Mr. Carleton's claim against Officer Wintle, leaving Sergeant Millard as the sole remaining defendant. *Order on Amended Mot. for Sanctions* (ECF No. 62).

On August 5, 2024, the magistrate judge recommended that the Court grant the motion for sanctions and dismiss without prejudice Mr. Carleton's remaining claim against Sergeant Millard. *Recommended Decision on Mot. for Sanction of Dismissal* (ECF No. 75). Mr. Carleton has not objected to the August 5, 2024 recommended decision.

In accordance with Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1)(C), the Court has performed a de novo review of the magistrate judge's recommended decision and now accepts the recommended decision for the reasons set forth within the same. The Court hereby ORDERS that the Plaintiff's claim against Sergeant Millard is hereby DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 8th day of October, 2024